IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


VELEKA BRYANT,

      Petitioner,

v.                                                                      CASE NO. 4:08-cv-442-RH-AK

WALTER A. MCNEIL,

      Respondent.

_____/

## O R D E R

      This matter is before the Court on Doc.14, Petitioner's Motion for Extension of Time to

File Reply.  Having carefully considered the matter, the Court finds the motion is well taken, and

it is **GRANTED**.  Petitioner shall file her response no later than **March 27, 2009.**

      **DONE AND ORDERED** this  *3rd*  day of March, 2009.


                             *s/ A. KORNBLUM*_____
                             **ALLAN KORNBLUM**
                             **UNITED STATES MAGISTRATE JUDGE**