IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VELEKA BRYANT,

    Petitioner,

v.                                                        CASE NO. 4:08-cv-442-RH-AK

WALTER A. MCNEIL,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc.16, Petitioner's Second Motion for Extension of Time to File Reply. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Petitioner shall file her reply no later than **April 16, 2009.**

**DONE AND ORDERED** this   *6th*   day of April, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**